**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Krista Irene Blake and Floyd Allen Barnett, Defendants,

Of whom Floyd Allen Barnett is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000609

---

Appeal From Horry County
Ronald R. Norton, Family Court Judge

---

Unpublished Opinion No. 2020-UP-248
Submitted August 12, 2020 – Filed August 19, 2020

---

**AFFIRMED**

---

Melanie Carol Nicholson, of Law Office of Melanie C.
Nicholson, of North Myrtle Beach, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, and Heather Marie Moore, of Axelrod & Associates, PA, both of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Floyd Allen Barnett appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Barnett's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.